IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GERALDINE WILLIAMS,

   Plaintiff,

    v.

WELLS FARGO BANK N.A., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-1466-TWT

## ORDER

This is a civil action seeking damages against the Defendant for making a mortgage loan to the Plaintiff that he could not afford to repay. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action without prejudice for lack of subject matter jurisdiction. The Plaintiff's objections make no sense. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 7 day of June, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Williams\12cv1466\r&r.wpd